IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:08CR00002-2 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHEVELLE CROWDER, | ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

## ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF ORDER DENYING SENTENCE REDUCTION

Three months ago, I entered an Order denying Defendant Chevelle Crowder's request for a reduced sentence under the Fair Sentencing Act. (See Motion to Reduce Sentence, July 12, 2011 [ECF No. 95]; Order, Sept. 14, 2011 [ECF No. 101].) Defendant contends that was error and asks me to reconsider. For the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion for Reconsideration of Order Denying Sentence Reduction [ECF No. 110] is **DENIED**.

The clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record and to Philip K. Williams, Deputy Chief United States Probation Officer.

Entered this 26th day of January, 2012.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE